JALIZ HOLDING CORP., Respondent, *v.* MELVIN McGILL et al., Appellants, and ADVANCE FUNDING CORPORATION, Respondent.

Submitted April 20, 1954; decided May 27, 1954.

*Joseph S. Rodell* and *Martin Rodell* for appellants.

*Isidore Weckstein* for Jaliz Holding Corp., respondent.

*Charles H. Ellner* for Advance Funding Corporation, respondent.

Appeal dismissed, with costs, upon the ground that the order does not finally determine the action within the meaning of the Constitution. No opinion.

Concur: LEWIS, Ch. J., CONWAY, DESMOND, DYE, FULD, FROESSEL and VAN VOORHIS, JJ.